ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - APPEALS

Case No.  CV94-1627 GHK(BO)                    Date: May 26, 1999
Court of Appeals No. 96-56778 and 97-56040

Title: _ MAHLON DOLMAN vs MICHAEL AGEE, ET AL_____

=========================================================================
PRESENT:

        THE HONORABLE GEORGE H. KING, UNITED STATES DISTRICT JUDGE


        ___Beatrice Herrera_____             _____N/A_____
            Courtroom Clerk                     Court Reporter



ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:


          None                                     None



PROCEEDINGS:   FILING AND SPREADING MANDATE OF THE NINTH CIRCUIT COURT OF APPEALS

    ___ IN COURT    _XX IN CHAMBERS   (No hearing)    _XX COUNSEL NOTIFIED
                                                          BY MAIL

The Court ORDERS that the mandate of the Ninth Circuit Court of Appeals:

    _XX Affirming         ___ Remanding          ___ Reversing and Remanding

    ___ Affirming in part, reversing in part      ___ Dismissing Appeal

    ___ Other: _____

is hereby filed and spread upon the minutes of this District Court.

XX_   The record reflects that costs of the prevailing party were taxed by the
      Ninth Circuit Court of Appeals in the amount of $_186.03_  on_5/12/99_.


____   The Case is set for further proceedings as to : _____
       on _____ at _____.

(ENTERED _____)              _____ MAKE JS-5
MINUTES FORM CV 48
CIVIL MINUTES - APPEALS                  Initials of Deputy Clerk___BH__

                                              MAY 2 8 1999
                                       ENTERED ON ICMS

MAY 28 1999